UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARL KAZANOWSKI,

    Petitioner,

v.                                                           Case No. 3:21cv864-LC-HTC

M. V. JOSEPH WARDEN,

    Respondent.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 30, 2021 (ECF No. 3).   The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

Case No. 3:21cv864-LC-HTC

2. The petition under 28 U.S.C. § 2241, ECF Doc. 1, is DISMISSED.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 13th day of August, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv864-LC-HTC